JAMES P. KEENLEY (State Bar No. 253106)
EMILY A. BOLT (State Bar No. 253109)
**BOLT · KEENLEY - ATTORNEYS AT LAW**
1010 Grayson Street, Suite Two
Oakland, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff,*
JANE DOE

DONALD P. SULLIVAN (SBN 191080)
Email: Donald.Sullivan@WilsonElser.com
**WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

*Attorneys for Defendant,*
SUTTERSELECT MEDICAL PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>         Plaintiff,<br><br>    v.<br><br>SUTTERSELECT MEDICAL PLAN,<br><br>         Defendant. | Case No.: C-11-04380-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE BY ONE WEEK** |

## STIPULATION

**WHEREAS**, respective counsel for the parties filed a Joint Case Management Statement in this case on December 9, 2011;

**WHEREAS**, on December 29, 2012, the Clerk of the Court set an Initial Case Management Conference in this case for February 3, 2012;

**WHEREAS**, on January 24, 2012, the Clerk of the Court moved the date of the Initial Case Management Conference to February 15, 2012; and

1

Stip. to Continue Case Management Conf.
USDC NDCA Case # C 11-04380 SI

**WHEREAS**, counsel for Defendant SutterSelect Medical Plan will be out of town on February 15, 2012 and, therefore, unable to appear at the Case Management Conference.

**WHEREFORE**, the parties, through their respective counsel, respectfully request that the Court continue the February 15, 2012 Initial Case Management Conference by one week to February 22, 2012 at 4:00 p.m.

**IT IS SO STIPULATED:**

Dated: February 7, 2012  BOLT · KEENLEY - ATTORNEYS AT LAW

By: /S/ James P. Keenley
JAMES P. KEENLEY
Attorneys for Plaintiff,
JANE DOE

Date: February 7, 2012  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Donald P. Sullivan
DONALD P. SULLIVAN
Attorneys for Defendant,
SUTTERSELECT MEDICAL PLAN

**[PROPOSED] ORDER**

For the reasons stated above, and for good cause shown, the Court hereby Orders that the February 15, 2012 Initial Case Management Conference shall be continued to February 22, 2012 at 4:00 p.m.

**IT IS SO ORDERED:**

Date: 2/8/12  _____
The Hon. Susan Illston
United States District Judge

2

Stip. to Continue Case Management Conf.
USDC NDCA Case # C 11-04380 SI