1 | JAMES P. KEENLEY (State Bar No. 253106)
2 | EMILY A. BOLT (State Bar No. 253109)
**BOLT · KEENLEY - ATTORNEYS AT LAW**
3 | 1010 Grayson Street, Suite Two
Oakland, California 94710
4 | Phone: (510) 225-0696
Fax: (510) 225-1095

5 | *Attorneys for Plaintiff,*
JANE DOE
6 |
7 | DONALD P. SULLIVAN (SBN 191080)
Email: Donald.Sullivan@WilsonElser.com
8 | **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
9 | 525 Market Street, 17th Floor
San Francisco, CA  94105
10 | Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

11 | *Attorneys for Defendant,*
SUTTERSELECT MEDICAL PLAN
12 |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No.: C-11-04380-SI |
| Plaintiff, | **STIPULATION TO DISMISS CASE WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| SUTTERSELECT MEDICAL PLAN, | |
| Defendant. | |

1

The Parties to the above-titled action have resolved the disputes between them.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Jane Doe and Defendant SutterSelect Medical Plan, through their respective counsel, hereby stipulate and agree that the above-captioned matter and all claims for relief therein may be dismissed with prejudice in its entirety.  Each party to bear its own costs.

**IT IS SO STIPULATED.**

Dated:  May 3, 2012                BOLT · KEENLEY - ATTORNEYS AT LAW

By:   /S/ James P. Keenley
       JAMES P. KEENLEY
       Attorneys for Plaintiff,
       JANE DOE

Date: May 3, 2011                  WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN & DICKER LLP

By:   /S/ Donald P. Sullivan
       DONALD P. SULLIVAN
       Attorneys for Defendant,
       SUTTERSELECT MEDICAL PLAN

**[PROPOSED] ORDER**

Pursuant to the parties Stipulation to Dismiss Case with Prejudice and for good cause shown, the above-captioned matter is DISMISSED with prejudice.  Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED:**

Date:  5/4/12                By: /s/ Susan Illston
                                 The Honorable Susan Illston
                                 United States District Court Judge