JAMES P. KEENLEY (State Bar No. 253106)
EMILY A. BOLT (State Bar No. 253109)
**BOLT · KEENLEY - ATTORNEYS AT LAW**
1010 Grayson Street, Suite Two
Oakland, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff,*
JANE DOE

DONALD P. SULLIVAN (SBN 191080)
Email: Donald.Sullivan@WilsonElser.com
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

*Attorneys for Defendant,*
SUTTERSELECT MEDICAL PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>     v.<br><br>SUTTERSELECT MEDICAL PLAN,<br><br>             Defendant. | Case No.: C-11-04380-SI<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE AND [PROPOSED] ORDER** |

1
2     The Parties to the above-titled action have resolved the disputes between them. Pursuant to
3 Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Jane Doe and Defendant SutterSelect
4 Medical Plan, through their respective counsel, hereby stipulate and agree that the above-captioned
5 matter and all claims for relief therein may be dismissed with prejudice in its entirety. Each party
6 to bear its own costs.
7
8 **IT IS SO STIPULATED.**
9 Dated: May 3, 2012        BOLT · KEENLEY - ATTORNEYS AT LAW
10                               By:   /S/ James P. Keenley
11                                   JAMES P. KEENLEY
                                  Attorneys for Plaintiff,
12                                   JANE DOE
13
14 Date: May 3, 2011          WILSON, ELSER, MOSKOWITZ,
15                                       EDELMAN & DICKER LLP
16                               By:   /S/ Donald P. Sullivan
                                  DONALD P. SULLIVAN
17                                   Attorneys for Defendant,
                                  SUTTERSELECT MEDICAL PLAN
18
19 **[PROPOSED] ORDER**
20     Pursuant to the parties Stipulation to Dismiss Case with Prejudice and for good cause
21 shown, the above-captioned matter is DISMISSED with prejudice. Each party shall bear its own
22 attorneys' fees and costs.
23 **IT IS SO ORDERED:**
24
25 Date: 5/4/12                  By: /s/ Susan Illston
26                                 The Honorable Susan Illston
                                United States District Court Judge
27
28